From: Ivo Skoric                                                                                              03/25/19
        105 Robbins St.
        Rutland, VT 05701                                   Re:    5:19-cv-10

To:    Geoffrey W. Crawford, Judge
        United States District Court
        District of Vermont
        PO Box 478
        Rutland, VT 05702

## INQUIRY

Dear Judge Crawford,

I received no ruling so far on the above-referenced case I filed with the court on January 14, 2019. It has passed over 60 days, so I decided to send you this inquiry to see whether you forgot about me.

My position on the No Trespass Notice Killington had issued against me is pretty clear from my previous communication: it deprives me of the primary reason why I came to live in Vermont and it causes severe stress to my child. When the Notice was passed I was not given a legal remedy, neither there was any due process (where I would be able to argue about the validity of the No Trespass order). There was also no hint whatsoever about the reasonable duration of that adverse order. My rights were violated. My family and I suffered irreparable harm at the hands of the Killington Ski Resort. And, to make my injury worse, the years are passing and I am still not receiving any relief or protection from the law.

My position is that the due process was violated when Killington arbitrarily and capriciously banned me from the resort. I reiterate: "The due process clause requires that every man shall have the protection of his day in court, and the benefit of the general law, a law which hears before it condemns, which proceeds not arbitrarily or capriciously, but upon inquiry, and renders judgment only after trial..." (Truax v. Corrigan, 1921) – I never had a hearing in this matter: I was never heard. Instead, the Killington Resort acted against me substantively unfair and mistaken. I was deprived of roaming the public land leased to them without anyone ever worrying why and whether they might have been wrong and made a mistake. No private corporation deserves that much public trust.

The No Trespass Notice that has no expiration date, that cannot be appealed, or contested – seems like an action that is above the law. Do you believe Killington Resort is above the law or should be treated as it is? Is it true and just that any supervisor can for whatever unspoken reason say: you can never again come here, where you came regularly for more than 20 years, and you have no legal right to appeal that? That seems pretty unfair to me. It is more reminiscent of the rights of medieval feudal lords than of the modern rule of law. This leaves doors wide open for all sorts of corporate malice and vindictiveness, leaving victims with no legal way to fight capricious, malicious, vindictive, hateful behavior of a really very small group of senior executives of larger corporations in this State. By what law are they to be treated as Gods? I cannot believe that the party against which the Notice was issued has no legal rights, no legal standing: I need to have that confirmed or denied by the court.

This case goes beyond the desire of one man to ski (snowboard) at a particular ski resort. This is a case about the rights of private corporations versus the rights of private citizens. I do not believe that Killington or any other corporation has the right or should have the right to behave the way they behaved against me. The court's decision will help clarify whether this is a judicial or a political matter: if the court decides that Killington was within existing law in this case, which I am uncertain about, then it would be obvious to me that we need a political action to change the laws to suit the people better.

Sincerely,

Ivo Skoric

In Rutland, VT, on March 25, 2019